# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

FILED 2010 SEP 15 PM 12:29
KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
CINCINNATI, OHIO

In re: § Case No. **10-10311-JPH**
§
**GORBOLD, DELORES D.** § Chapter **7**
§
§ Judge: **HOPKINS**
Debtor(s). §

## NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $0.00 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Great Lakes Higher Education Guaranty Co<br>c/o DCS<br>P O Box 9054<br>Pleasanton, CA 94566 | 1 | 1237.00 |

Dated:   9/13/10

/s/ Norman L. Slutsky
Norman L. Slutsky, Trustee

cc:    U.S. Trustee